UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-11 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| JEROME MICHAEL BELL, | |
| Defendant(s). | |

Presently before the court is the matter of *United States of America v. Bell et al.*, case no. 2:15-cr-00011-JCM-CWH-1. Petitioner Jerome Michael Bell ("petitioner") filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 194). The court has examined the petition and finds that further briefing is appropriate. Respondent shall file a response twenty-one days from the date of this order. Thereafter, petitioner will have fourteen days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 194) no later than twenty-one (21) days from the date of this order. If respondent files a response, petitioner's reply is due fourteen (14) days thereafter.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS SO ORDERED.

2    The clerk is instructed to file this order in the instant matter and in the related civil case,

3    no. 2:19-cv-01931-JCM.

4    DATED November 22, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -